IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DAVID HUDSON, ET UX                                              PLAINTIFFS

V.                              NO. 03-1013

CONAGRA POULTRY COMPANY                                          DEFENDANT

### O R D E R

It appearing that proceedings in the above matter have been stayed pending the outcome of arbitration proceedings which may become dispositive of the litigation here pending;

IT IS ORDERED that an administrative termination of the case be entered, without prejudice to the right of the parties to reopen the proceedings for good cause shown for entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

DATED this 10th day of November, 2005.

/s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE